STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ED-WARD LANDECKER, PLAINTIFF IN ERROR.

Submitted February 11, 1927—Decided May 16, 1927.

On error to the Supreme Court, whose opinion is reported in 100 *N. J. L.* 195.

For the defendant in error, *John Milton.*

For the plaintiff in error, *Alexander Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.